# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1491

_____

| | | |
|---|---|---|
| Sherrie A. Williams, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Officer Ann Padden, in her official and | * | |
| individual capacity; Officer Rebecca | * | [UNPUBLISHED] |
| Kopp, in her official and individual | * | |
| capacity; Officer Todd Shermer, in his | * | |
| official and individual capacity; Duluth | * | |
| Police Department; City of Duluth, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 17, 2009
Filed: December 22, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sherrie Williams appeals the district court's[1] adverse grant of summary judgment in this civil action. Having carefully reviewed the record, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.